# ATTACHMENT A

Between January 18, 2023, and January 21, 2023, in Greene County, in the Western District of Missouri, the defendant, **TIMOTHY ZEGAR**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Spike's Tactical, model ST15, .556 caliber rifle, bearing serial number LT003881, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).