# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Isaac McPheeters, being first duly sworn, do hereby depose and state that:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), United States Department of Justice ("DOJ"), and I am currently assigned to the Springfield, Missouri, Resident Agency of the FBI's Kansas City, Missouri, Division.

2. As part of my duties with FBI, I investigate criminal violations of Title 18 of the United States Code, including violations of 18 U.S.C. § 922(g)(1), that is, possession of firearms and ammunition by a felon.

3. The statements in this affidavit are based on personal observations, training and experience, investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, this affiant has not included each and every fact known to me concerning this investigation. The affiant has set forth the facts necessary to establish probable cause to believe that TIMOTHY ZEGAR has violated 18 U.S.C. § 922(g)(1), that is, possession of a firearm by a convicted felon.

## PROBABLE CAUSE

4. In August 2022, the FBI opened an investigation based on information indicating that an individual identified as TIMOTHY RUSSELL ZEGAR (ZEGAR) was engaged in the illegal trafficking of firearms.

5. As part of the investigation, a check of ZEGAR's criminal record revealed that ZEGAR had been convicted of fleeing and eluding in the Circuit Court of Racine County, Wisconsin on June 7, 2016. Fleeing and eluding is a felony punishable by a term of

1

imprisonment exceeding one year under the laws of the State of Wisconsin. I later obtained certified records documenting ZEGAR's conviction.

6. Beginning on October 19, 2022, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), acting in an undercover capacity (the UC), began exchanging messages with ZEGAR discussing the possibility of the UC purchasing a firearm from ZEGAR.

7. On January 18, 2023, ZEGAR sent the UC a message stating: "I have a fuck ton of ak 30mags and a 60 rnd ar mag and plates and a shit ton of carriers and rifles and ammo and shit piled on top of shit for sale Lol." The UC indicated that he was still interested in purchasing a firearm and arranged a meeting with ZEGAR at ZEGAR's residence located at 3572 North Farm Road 123, Springfield, Greene County, Missouri.

8. On January 21, 2023, the UC proceeded to the ZEGAR's residence and was greeted by ZEGAR who invited the UC inside home. ZEGAR and one other unknown person were inside the residence with the UC. The UC observed ZEGAR get some keys and walk into another room inside the residence. The UC understood from this action that ZEGAR was going to retrieve the firearm from either a locker or a safe. ZEGAR then returned with a Spike's Tactical, model ST15, .556 caliber rifle, SN: LT003881. The rifle was black in color with an optic mounted on the top. On the left side of the lower receiver was a logo of a unicorn with the description, "Snowflake Cal-Multi Mod-ST15 LT003881." ZEGAR advised the UC that the price for the purchase of the rifle would be $800.00. The UC paid ZEGAR $800.00 in United States Currency and took possession of the rifle.

9. During the meeting, the UC observed a firearm laying on the couch of the living room.

10. The rifle purchased from ZEGAR was later examined and determined to be operational.

Further, Special Agent Brian Fox of the Bureau of Alcohol, Tobacco, Firearms, and Explosives was consulted regarding the firearm. Based upon the description of the firearm and his training and experience, Agent Fox confirmed that such firearm was manufactured outside of the state of Missouri.

## **CONCLUSION**

11. Based on the above facts, this affiant believes there is probable cause in support of a criminal complaint against TIMOTHY ZEGAR for violation of 18 U.S.C. § 922(g)(1), that is, possession of firearms and ammunition by a felon.

Isaac McPheeters
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before me in my presence via telephone on this __31st__ day of January 2023.

The Honorable David P. Rush
Chief United States Magistrate Judge
Western District of Missouri