UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
_____Southern_____ DIVISION

__USA__,
Plaintiff,

vs.

__Timothy Zegar__,
Defendant.

Case No.: __23-mj-2009DPR__

__Deft__'s EXHIBIT INDEX
(PAGE 1)

| | |
|---|---|
| ✓ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered, then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓, Ltd | 2/6/23 | 1:35pm | Letter from employer |
| | | | | |

Page # 1: I CERTIFY that I have on this date ( __2/6/2023__ ), received from the Clerk, U.S. District Court, Western District of Missouri, the numbered exhibits listed in this document (and all subsequent attached pages, if applicable), for which I will hold myself responsible.

_____
Signature

__Steven R. Berry__
Name